UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SANDRA M. DARNELL,                          )
                                            )
              Plaintiff(s),                 )
                                            )
       vs.                                  )        Case No. 4:05CV02211 ERW (FRB)
                                            )
JO ANNE B. BARNHART,                        )
COMMISSIONER OF SOCIAL SECURITY             )
              Defendant(s).                 )

## JUDGMENT

       **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that under sentence four of

42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff

Sandra M. Darnell disability benefits is **REVERSED**.  The above styled action is **REMANDED**

to the Commissioner for further proceedings.  This judgment relates back to this Court's Order

dated January 25th, 2007.

       Dated this 29th day of January, 2007.


                                            _____
                                            E. RICHARD WEBBER
                                            UNITED STATES DISTRICT JUDGE